UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA,  :
 :
                Plaintiff,  :
 :
v.  :
 :  No. 07 Civ. 9235 (CSH)
 :
 :
LLOYDS TSB BANK PLC,  :
 :
                Defendant.  :
------------------------------------------------------------------ X

      PLEASE TAKE NOTICE that Lovells LLP hereby enters its appearance as counsel for defendant Lloyds TSB Bank plc in the above-captioned action.

Dated:      New York, New York
             November 5, 2007

                                        LOVELLS LLP

                                        By: _____
                                            Marc J. Gottridge (MG 1616)
                                            Andrew M. Behrman (AB 5949)
                                            Lisa J. Fried (LF 6968)

                                        590 Madison Ave.
                                        New York, NY 10022
                                        (212) 909-0600

                                        *Counsel for Defendant Lloyds TSB Bank plc*

TO:    Rua M. Kelly, Esq.
         Assistant United States Attorney
         One Saint Andrew's Plaza
         New York, New York 10007

         *Counsel for the United States of America*

NYCLIB01/NYLJF/126146.1