UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

-against-

LLOYDS TSB BANK PLC,

          Defendant.

Index No. 07 CIV 9235 (CSH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-10-07

WHEREAS, on October 15, 2007, the United States filed the Complaint in this action; and

WHEREAS, on October 24, 2007, defendant Lloyds TSB Bank plc ("Lloyds TSB"), pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, waived service of a summons; and

WHEREAS, pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, the time for Lloyds TSB to answer, move or otherwise respond to the Complaint expires on December 14, 2007;

IT IS HEREBY STIPULATED AND AGREED that the time for Lloyds TSB to answer, move or otherwise respond to the Complaint is extended to and including January 25, 2008;

IT IS FURTHER STIPULATED AND AGREED that the time for the United States to serve an opposition to a motion to dismiss is extended to and including March 24, 2008; and

IT IS FUTHER STIPULATED AND AGREED that the time for Lloyds TSB to serve a reply to any opposition served by the United States is extended to and including April 23, 2008.

Dated: New York, New York
December 5, 2007

MICHAEL J. GARCIA,
UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT
OF NEW YORK

By: Rua M. Kelly,
Assistant United States Attorney

One Saint Andrews Place
New York, New York 10007
(212) 637-2471

*Attorneys for Plaintiff
the United States of America*

LOVELLS LLP

By: Marc J. Gottridge
Andrew M. Behrman
Lisa J. Fried

590 Madison Avenue
New York, New York 10022
(212) 909-0600

*Attorneys for Defendant Lloyds TSB
Bank plc*

SO ORDERED: 12/06/2007

CHARLES S. HAIGHT, JR., U.S.D.J.

2