UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA,

                Plaintiff,

   - against -

LLOYDS TSB BANK PLC,

                Defendant.
------------------------------------------------------------------ X

No. 07 Civ. 9235 (CSH)

**RULE 7.1**
**DISCLOSURE**
**STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Lloyds TSB Bank plc hereby discloses that it is wholly owned by its parent corporation, Lloyds TSB Group plc, which is a publicly held corporation, the shares of which are traded on the London and New York Stock Exchanges.

Dated: New York, New York
       January 25, 2008

LOVELLS LLP

By: _____
Marc J. Gottridge (MG 1616)
Andrew M. Behrman (AB 5949)
Lisa J. Fried (LF 6968)

590 Madison Avenue
New York, New York 10022
(212) 909-0600
marc.gottridge@lovells.com
*Attorneys for Defendant Lloyds TSB Bank plc*

NYCLIB01/NYLJF/129648.1