# Lovells

Lovells LLP
590 Madison Avenue
New York NY 10022

Tel: +1 212 909 0600
Fax: +1 212 909 0660

MEMO ENDORSED

January 23, 2008

By hand delivery

Direct line (212) 909-0643
marc.gottridge@lovells.com
Direct fax (212) 909-0660

Our ref NYLJF/129807.1
Matter ref 0143L/01870

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-25-08

Honorable Charles S. Haight, Jr.
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1940
New York, New York 10007-1312

RE: *United States v. Lloyds TSB Bank plc*, No. 07 Civ. 9235 (CSH)

Dear Judge Haight:

Our law firm represents defendant Lloyds TSB Bank plc ("Lloyds TSB") in connection with the above-referenced action. Lloyds TSB's time to answer or move with respect to this Complaint has been extended by stipulation and order until January 25, 2008.

We plan to file on behalf of Lloyds TSB a motion to dismiss the Complaint for lack of subject matter jurisdiction, lack of personal jurisdiction and failure to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure 12(b)(1), (2) and (6), and on the basis of principles of international comity.

I am writing to request a page limit extension for the memoranda of law to be submitted in connection with the motion, to which Plaintiff's counsel, Rua M. Kelly, Esq., consented today. Counsel jointly request that Lloyds TSB and Plaintiff be permitted to submit supporting and opposing memoranda of law, respectively, of up to 36 pages and that Lloyds TSB be permitted to submit a reply memorandum of law of up to 15 pages.

Respectfully,

*Marc J. Gottridge*

Marc J. Gottridge

cc: Rua M. Kelly, Esq. (by hand delivery)

01/25/08

So Ordered

[signature]
USDJ

Lovells LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. The word "partner" is used to refer to a member of Lovells LLP, or an employee or consultant with equivalent standing and qualifications.

Lovells LLP and its affiliated businesses have offices in: Alicante Amsterdam Beijing Brussels Chicago Dubai Dusseldorf Frankfurt Hamburg Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Prague Rome Shanghai Singapore Tokyo Warsaw    Associated offices: Budapest Zagreb

Lawyers(USA) Solicitors Rechtsanwälte Avocats Advocaten Notarissen Avvocati Abogados