# EXHIBIT A

# CURRICULUM VITAE

## *Ursula A. Cassani*

### 1. General information

Born in Zurich (Switzerland), May 29, 1956; Swiss citizen

Professional addresses :   Département de droit pénal
Faculté de droit
Uni-Mail
102, boulevard Carl-Vogt
1211 Geneva

Lenz & Staehelin
Avocats
30 route de Chêne
1211 Genève 17

Languages : French, English, German.

### 2. Education

PhD (Doctorat), University of Geneva Law School, 1986;

LL.M. (Diplôme d'études supérieures en droit), University of Geneva Law School, 1983;

Law degree (Licence en droit), University of Geneva Law School, 1979;

German School of Paris (1967-1970; 1971-1976), Baccalaureate (Abitur), 1976;

New Canaan High School, New Canaan (Connecticut), 1970-1971;

Elementary School, Zollikerberg (Zurich, Switzerland), 1963-1967

### 3. Professional experience

Professor of Criminal Law, University of Geneva Law School, since 1995 ;

Institute of Advanced Legal Studies, University of London, Visiting Fellow, September 2003 –

February 2004 (subject of research: The U.K. Proceeds of Crime Act 2002);

Duke Geneva Institute in Transnational Law, Professor of the summer course on Transnational Criminal Law, 1998;

Senior Lecturer (Chargé de cours), University of Geneva Law School, 1992-1995;

Law Firm of Lenz & Staehelin (Geneva), Counsel since 1995; Associate in the Geneva and Zurich offices (1989-1995);

Cravath, Swaine & Moore, New York (N.Y.), Foreign Associate, 1988-1989;

Law Firm of Sandoz, Moreillon & Reymond (Geneva), Internship, 1985-1987; Bar Exam, 1988;

Research and Teaching Fellow (assistante), University of Geneva Law School, 1979-1985.

## 4. Selected publications

(not exhaustive)

"Les infractions à la loi fédérale sur le transfert international des biens culturels à l'épreuve des principes fondamentaux du droit pénal", in M.A. Renolds et al. (Ed.), Criminalité, blanchiment et nouvelles réglementations en matière de transfert de biens culturels, 2006, p. 43-65

"Infractions fiscales et blanchiment d'argent", in Luc Thévenoz / Christian Bovet (Ed.), Journée de droit bancaire et financier 2004, Berne, Stämpfli, 2005, p. 13 - 49

Nadja Capus / Ursula Cassani / Sandro Cimichella / Nikaus Oberholzer (Ed.), Oeffentlich-privat: Neue Aufgabenteilung in der Kriminalitätskontrolle? / Public-privé: vers un nouveau partage du contrôle de la criminalité?, Coire et Zurich, Verlag Rüegger, 2005.

"Liberté contractuelle et protection pénale de la partie faible: l'usure, une infraction en quête de sens", in François Bellanger / François Chaix / Christine Chappuis / Anne Héritier Lachat (Ed.), Le contrat dans tous ses états, Berne, Stämpfli, 2004, p. 135 –153

"La « Proceeds of Crime Act 2002» du Royaume-Uni, Première partie: présentation générale, confiscation, recouvrement civil et taxation des profits illicites", RPS 2004, p. 280 – 309

"La « Proceeds of Crime Act 2002» du Royaume-Uni, Deuxième partie: blanchiment d'argent, moyens d'investigation et coopération internationale", RPS 2004, p. 313 – 345.

"Le train de mesures contre le financement du terrorisme : une loi nécessaire ?", RSDA 6/2003, p. 293-313

Ursula Cassani / Volker Dittmann / Renie Maag / Silvia Steiner (éd.), Mehr Sicherheit –

2

weniger Freiheit? Ermittlungs- und Beweistechniken hinterfragt / Plus de sécurité – moins de liberté? Les techniques d'investigation et de preuve en question, Coire et Zurich, Verlag Rüegger, 2003.

"Infraction sociale, responsabilité individuelle : de la tête, des organes et des petites mains", in La responsabilité pénale du fait d'autrui, Publication Cedidac no. 49, Lausanne, 2002, p. 43-73

"La criminalité financière : un état des lieux", in La criminalité financière – Finanzkriminalität – Financial Crime, Actes du 60e Cours international de criminologie, Bâle etc., Helbing & Lichtenhahn, 2002, p. 15-33

Ursula Cassani / Robert Roth, "Le juge suisse au service de la « communauté des peuples »?", in A. Donatsch et al. (éd.), Strafrecht, Strafprozessrecht und Menschenrechte, Festschrift für Stefan Trechsel zum 65. Geburtstag, Zurich, Schulthess, 2002, p. 449-475

"Le blanchiment d'argent, un crime sans victime?", in Wirtschaft und Strafrecht, Festschrift für Niklaus Schmid zum 65. Geburtstag, Schulthess, Zurich, 2001, p. 393-415

Ursula Cassani /Renie Maag / Marcel Alexander Niggli (éd.), Medien, Kriminalität und Justiz – Médias, Criminalité et Justice, Coire et Zurich, Verlag Rüegger, 2001.

Ursula Cassani / Dominique Rochat, "Avoirs déposés à l'étranger : Devoirs incombant à l'intermédiaire financier suisse au regard de la législation en matière de blanchiment d'argent, Revue fiscalité européenne et droit international des affaires 2000 – 3 p. 3-12

"Le droit pénal : Esclave ou maître du droit civil ?", SJ 2000 II p. 287-303.

"Combattre le crime en confisquant les profits : nouvelles perspectives d'une justice transnationale", in Criminalité économique, Collection Criminologie vol. 17, 1999, p. 257-288

"Der Begriff der arglistigen Täuschung als kriminalpolitische Herausforderung", RPS 117 (1999) p. 152 – 174

Commentaire du droit pénal Suisse, Vol. 9, Art. 303-311 CP, Staempfli & Cie SA, Berne 1996

"« Pretrial discovery » sur sol suisse et protection pénale de la souveraineté territoriale", RSDA 64 (1992) p. 10

La protection pénale du patrimoine : autonomie et détermination par le droit civil, Payot, Collection juridique romande. Etudes et pratiques, Lausanne 1988