# EXHIBIT B

 Page d'accueil
Courrier
Recherche

Recueil systématique du droit fédéral
Table des matières du droit interne
Page de garde | RS 311.0 Code pénal suisse
Livre premier: Dispositions générales
Première partie: Des crimes et des délits
Titre deuxième: Conditions de la répression
◀ **Art. 8** 4. Conditions personnelles
▶ **Art. 10** 2. Responsabilité. / Irresponsables

deutsch
italiano

**Art. 9**

1. Crimes et délits

[1] Sont réputées crimes les infractions passibles de la réclusion.

[2] Sont réputées délits les infractions passibles de l'emprisonnement comme peine la plus grave.

*Etat le 20 juin 2006*

*Free Translation by Prof. U. Cassani*

Article 9 Swiss Penal Code

[1] Crimes are offenses punishable with penal servitude.

[2] Misdemeanors are offenses punishable with imprisonment as the most severe sanction.