# EXHIBIT D



Recueil systématique du droit fédéral
Table des matières du droit interne
Page de garde | RS 311.0 Code pénal suisse
Livre deuxième: Dispositions spéciales
Titre deuxième: Infractions contre le patrimoine

◀ **Art. 161 1.** Infractions contre le patrimoine. / Exploitation de la connaissance de faits confidentiels
▶ **Art. 162** 2. Violation du secret de fabrication ou du secret commercial

deutsch
italiano

## Art. 161<sup>bis</sup> 1

Manipulation de cours

Celui qui, dans le dessein d'influencer notablement le cours des valeurs mobilières traitées en bourse en Suisse pour se procurer ou procurer à un tiers un enrichissement illégitime, diffuse de mauvaise foi des informations trompeuses ou effectue des achats et des ventes sur de telles valeurs mobilières imputées directement ou indirectement à la même personne ou à des personnes liées dans ce but,

sera puni de l'emprisonnement ou de l'amende.

---

[1] Introduit par l'art. 46 de la loi du 24 mars 1995 sur les bourses, en vigueur depuis le 1<sup>er</sup> fév. 1997 (RS **954.1**)

---

*Etat le 20 juin 2006*

Swiss Penal Code

connaissance d'un tait confidentiel porte sur des parts sociales, autres titres, effets comptables ou options correspondantes d'une société coopérative ou d'une société étrangère.

Art. 161

*Sfruttamento della conoscenza di fatti confidenziali*

1. Chiunque, in qualità di membro del consiglio d'amministrazione, della direzione, dell'organo di revisione o di mandatario di una società anonima o di una società che la domina o ne dipende,

in qualità di membro di un'autorità o di funzionario,

o in qualità di loro ausiliario,

ottiene per sé o per altri un vantaggio patrimoniale sfruttando la conoscenza di un fatto confidenziale che, se divulgato, eserciterà verosimilmente un influsso notevole sul corso di azioni, di altri titoli o effetti contabili corrispondenti della società o sul corso di opzioni su tali titoli negoziati in borsa o in preborsa in Svizzera, o portando tale fatto a conoscenza di un terzo,

è punito con la detenzione o con la multa.

2. Chiunque, avendo avuto direttamente o indirettamente conoscenza di tale fatto da parte di una delle persone elencate nel numero 1, ottiene per sé o per altri un vantaggio patrimoniale sfruttando questa informazione,

è punito con la detenzione fino a un anno o con la multa.

3. È considerato fatto a tenore dei numeri 1 e 2 un'imminente emissione di nuovi diritti di partecipazione, un raggruppamento di imprese o un'analoga fattispecie di simile portata.

4. Qualora sia previsto il raggruppamento di due società anonime, i numeri 1 a 3 si applicano alle due società.

5. I numeri 1 a 4 si applicano per analogia qualora lo sfruttamento della conoscenza di un fatto confidenziale concerna certificati di quota, altri titoli, effetti contabili o opzioni corrispondenti di una società cooperativa o di una società straniera.

Art. 161bis

**Price manipulation**

Whoever, with the intent to considerably influence the price of securities traded on a Swiss stock exchange to secure for himself or others an unlawful pecuniary benefit;

disseminates misleading information in bad faith or.

purchases or sells securities that are directly or indirectly held by the same person, or persons linked together for that purpose,

shall be punished with imprisonment or a fine.

Art. 161bis

*Kursmanipulation*

Wer in der Absicht, den Kurs von in der Schweiz börslich gehandelten Effekten erheblich zu beeinflussen, um daraus für sich oder für Dritte einen unrechtmässigen Vermögensvorteil zu erzielen:

wider besseren Wissens irreführende Informationen verbreitet oder

Käufe und Verkäufe von solchen Effekten tätigt, die beidseitig direkt oder indirekt auf Rechnung derselben Person oder zu diesem Zweck verbundener Personen erfolgen,

wird mit Gefängnis oder Busse bestraft.

Art. 161bis

*Manipulation de cours*

Celui qui, dans le dessein d'influencer notablement le cours des valeurs mobilières traitées en bourse en Suisse pour se procurer ou procurer à un tiers un enrichissement illégitime,

diffuse de mauvaise foi des informations trompeuses ou

effectue des achats et des ventes sur de telles valeurs mobilières imputées directement ou indirectement à la même personne ou à des personnes liées dans ce but,

sera puni de l'emprisonnement ou de l'amende.

Art. 161bis

*Manipolazione dei corsi*

Chiunque, nell'intento di influenzare notevolmente il corso di un valore mobiliare trattato in una borsa svizzera e per procacciare a se stesso o a terzi un indebito profitto

diffonde in malafede informazioni che inducono in errore

oppure effettua acquisti o vendite di siffatti valori mobiliari direttamente o indirettamente per conto della medesima persona o di persone unite a questo scopo,

è punito con la detenzione o con la multa.

Art. 162

**2. Violation of manufacturing or business secrets**

Whoever divulges a manufacturing or business secret that he is bound to keep pursuant to a legal or contractual obligation.

whoever uses the divulgement for his or another's profit,

shall, upon petition, be punished with imprisonment or a fine.

Art. 162

*2. Verletzung des Fabrikations- oder Geschäftsgeheimnisses*

Wer ein Fabrikations- oder Geschäftsgeheimnis, das er infolge einer gesetzlichen oder vertraglichen Pflicht bewahren sollte, verrät,

wer den Verrat für sich oder einen andern ausnützt,

wird, auf Antrag, mit Gefängnis oder mit Busse bestraft.

Art. 162

*2. Violation du secret de fabrication ou du secret commercial*

Celui qui aura révélé un secret de fabrication ou un secret commercial qu'il était tenu

26

27

Swiss-American Chamber of Commerce

# Swiss Penal Code

## Selected Provisions Relevant to Business

English Translation of Official Text

*Translated by*

Jerome H. Farnum, B.A., J.D., Monroe Township, NJ

Martin Frey, LL.M., Attorney at Law, Zurich

Peter C. Honegger, Dr. iur., LL.M., Attorney at Law, Zurich

Teresa Lewis, LL.M. Attorney at Law, Zurich

Bernhard F. Meyer-Hauser, Dr. iur., LL.M., Attorney at Law, Zurich

Walter H. Diggelmann, lic.rer.pol., Zurich

LENZ & STAEHELIN
AVOCATS
GRAND-RUE 25    1211 GENÈVE 11

Swiss-American Chamber of Commerce, Talacker 41, CH-8001 Zurich

Lenz & Staehelin Genève
12548