USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03-18-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
:
UNITED STATES OF AMERICA,         :
:
             Plaintiff,    :
:   STIPULATION & ORDER
    - v. -                     :
:   07 Civ. 9235 (CSH)
LLOYDS TSB BANK PLC,              :
:
             Defendant.   :
-------------------------------------------------- x

      WHEREAS, on October 15, 2007, the United States filed the Complaint in this action; and

      WHEREAS, on October 24, 2007, defendant Lloyds TSB Bank plc ("Lloyds TSB"), pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, waived service of a summons; and

      WHEREAS, pursuant to an agreement by the parties, entered as an Order by this Court on December 10, 2007 ("December 2007 Scheduling Order"), the time for Lloyds TSB to answer, move or otherwise respond to the Complaint, pursuant to Rule 12(a)(I)(B) of the Federal Rules of Civil Procedure, was extended to and including January 25, 2008; and

      WHEREAS, on January 25, 2008, Lloyds TSB filed a motion to dismiss the Complaint;

      WHEREAS, pursuant to the December 2007 Scheduling Order, the time for the United States to serve an opposition to a motion to dismiss was extended to and including March 24, 2008; and

WHEREAS, pursuant to the December 2007 Scheduling Order, the time for Lloyds TSB to serve a reply to any opposition served by the United States was extended to and including April 23, 2008;

IT IS HEREBY STIPULATED AND AGREED that the time for the United States to serve an opposition to a motion to dismiss is extended to and including April 2, 2008;

IT IS FURTHER STIPULATED AND AGREED that the time for Lloyds TSB to serve a reply to any opposition served by the United States is extended to and including May 5, 2008.

Dated: New York, New York
       March 14, 2008

MICHAEL J. GARCIA,
UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT
OF NEW YORK

By: _____
    Rua M. Kelly,
    Assistant United States Attorney

One Saint Andrews Plaza
New York, New York 10007
(212) 637-2471

*Attorneys for Plaintiff*
*The United States of America*

LOVELLS LLP

By: _____
    Marc J. Gottridge
    Andrew M. Behrman
    Lisa J. Fried

590 Madison Avenue
New York, New York 10022
(212) 909-0600

*Attorneys for Defendant Lloyds TSB Bank plc*

SO ORDERED:   03/18/08

_____
HONORABLE CHARLES S. HAIGHT, JR.
UNITED STATES DISTRICT JUDGE