## AFFIDAVIT OF SERVICE

Elizabeth Bedner affirms under penalty of perjury pursuant to 28 U.S.C. §1746 the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On April 23, 2008, I caused to be served by ECF and by Federal Express a true and accurate copy of the Government's Memorandum of Law in Opposition to Motion to Dismiss Complaint Filed by Defendant Lloyds TSB Bank plc, and the Declaration of Rua M. Kelly in Opposition to Defendant Lloyds TSB Bank plc's Motion to Dismiss the Complaint, to the following counsel:

    Marc J. Gottridge, Esq.
    Lisa J. Fried, Esq.
    Lovells LLP
    590 Madison Avenue
    New York, New York 10022
    (212) 909-0600 (tel)

Executed on:  April 23, 2008
                New York, New York

                                                          ELIZABETH BEDNER