RECEIVED MAY 23 2008 CHAMBERS OF CHARLES S.H AIGHT, JR. U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05-28-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

LLOYDS TSB BANK PLC,

                Defendant.

Index No. 07 CIV 9235

WHEREAS, on October 15, 2007, the United States filed the Complaint in this action; and

WHEREAS, on October 24, 2007, defendant Lloyds TSB Bank plc ("Lloyds TSB"), pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, waived service of a summons; and

WHEREAS, pursuant to an agreement by the parties, entered as an Order by this Court on December 10, 2007 (the "December 2007 Scheduling Order"), the time for Lloyds TSB to answer, move or otherwise respond to the Complaint, pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, was extended to and including January 25, 2008; and

WHEREAS, on January 25, 2008, Lloyds TSB filed a motion to dismiss the Complaint; and

WHEREAS, pursuant to the December 2007 Scheduling Order, the time for the United States to serve an opposition to a motion to dismiss was extended to and including March 24, 2008; and

WHEREAS, pursuant to an agreement by the parties, entered as an Order by this Court on March 18, 2008, the time for the United States to serve an opposition to the motion to dismiss was extended to and including April 2, 2008; and

WHEREAS, pursuant to an agreement by the parties, entered as an Order by this Court on April 7, 2008, the time for the United States to serve an opposition to the motion to dismiss was extended to and including April 23, 2008, and the time for Lloyds TSB to serve a reply to any opposition by the United States was extended to and including May 30, 2008; and

WHEREAS, on April 23, 2008, the United States served an opposition to the motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED that the time for Lloyds TSB to serve a reply to the opposition served by the United States is extended to and including June 20, 2008.

Dated: New York, New York
       May 14, 2008

MICHAEL J. GARCIA,
UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT
OF NEW YORK

By: Rua M. Kelly
    Assistant United States Attorney

One Saint Andrew's Plaza
New York, New York 10007
(212) 637-2471
Rua.kelly@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

LOVELLS LLP

By: Marc J. Gottridge
    Andrew M. Behrman
    Lisa J. Fried

590 Madison Avenue
New York, New York 10022
(212) 909-0600
Marc.gottridge@lovells.com

*Attorneys for Defendant Lloyds TSB*
*Bank plc*

SO ORDERED: 05/28/08

HONORABLE CHARLES S. HAIGHT, JR.
UNITED STATES DISTRICT JUDGE

2