AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

United States of America

v.

Lloyds TSB Bank PLC

**APPEARANCE**

Case Number: 07 Civ. 9235 (CSH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

July 18, 2008
Date

Signature

Jeff Alberts                                    JA-9809
Print Name                                   Bar Number

U.S. Attorney's Office - 1 St. Andrew's Plaza
Address

New York,          New York          10007
City               State             Zip Code

(212) 637-1038                       (212) 637-0421
Phone Number                         Fax Number