UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,                   :
                                            :    07 Civ. 9235 (CSH)
                Plaintiff,              :
                                            :
v.                                          :
                                            :    **NOTICE OF APPEARANCE**
LLOYDS TSB BANK PLC,                        :
                                            :
                Defendant.              :
-----------------------------------------------------------------X

      TO THE CLERK OF THIS COURT and all parties of record:

      Enter my appearance as counsel in this case for Joseph P. La Sala and Fred S. Zeidman, as Co-Trustees of the AremisSoft Corporation Liquidating Trust, the Plaintiff in the following related action:  <u>Joseph P. LaSala and Fred S. Zeidman, as Co-Trustees of the AremisSoft Corporation Liquidating Trust v. Lloyds TSB Bank PLC</u>, 06 Civ. 4335 (CSH).

      I certify that I am admitted to practice in this Court.


Dated:  August 21, 2008                    s/Hall M. Hirsch
                                              Hal M. Hirsch, Esq. (HH0417)

                                            GREENBERG TRAURIG LLP
                                            200 Park Avenue, 15th Floor
                                            New York, New York 10166
                                            Tel: 212-801-9200
                                            Fax: 212-801-6400