USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

LLOYDS TSB BANK PLC,

                Defendant.
------------------------------------------------------------X

07 CIVIL 9235 (CSH)

**JUDGMENT**

Defendant having moved to dismiss the complaint, and the matter having come before the Honorable Charles S. Haight, United States District Judge, and the Court, on March 31, 2009, having rendered its Memorandum Opinion and Order granting defendant's motion to dismiss the complaint, and dismissing the complaint without prejudice, for lack of subject matter jurisdiction, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 31, 2009, defendant's motion to dismiss the complaint is granted, and the complaint is dismissed without prejudice, for lack of subject matter jurisdiction.

**Dated:** New York, New York
         March 31, 2009

                                              **J. MICHAEL McMAHON**
                                                **Clerk of Court**
                        BY:
                                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____